# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
## BIG STONE GAP DIVISION

| | | |
|---|---|---|
| **UNITED STATES EX REL. G. WAYNE HERNDON,** | ) ) ) | |
| Plaintiff, | ) ) | Case No. 2:07CV00003 |
| v. | ) ) | **ORDER** |
| **APPALACHIAN REGIONAL COMMUNITY HEAD START, INC. (NOW KIDS CENTRAL, INC.),** | ) ) ) ) ) | By: James P. Jones<br>Chief United States District Judge |
| Defendant. | ) | |

For the reasons stated in the Opinion accompanying this Order, it is **ORDERED** that Relator Herndon's Motion For the Equitable Relief of Reinstatement (DE 180) is DENIED.

Nothing further remaining to be done herein, and all claims for relief having been determined, the Clerk is directed to close the case.

ENTER: March 20, 2010

/s/ JAMES P. JONES
Chief United States District Judge